USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DEBRA HARRIS, :
:
:
Plaintiff, :
: 19-cv-11102 (LL)
-v- :
: ORDER
:
J.C. PENNEY CORPORATION, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby:

ORDERED that the Initial Pretrial Conference previously scheduled for February 12, 2020 at 11:00 a.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

No additional materials should be submitted in advance of the Conference.

SO ORDERED.

Dated: February 6, 2020
New York, New York            _____
                              LEWIS J. LIMAN
                              United States District Judge