USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEBRA HARRIS,

                         **Plaintiff,**

            -against-

J.C. PENNEY CORPORATION, INC.,

                         **Defendant.**

-----------------------------------------------------------------X

19-CV-11102 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

      On March 6, 2020, Plaintiff Debra Harris filed her requests for production of documents to Defendant on the docket. ECF No. 20. The parties are instructed to serve discovery requests on the parties and not to file them on the case docket unless such filing is part of a discovery motion.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 9, 2020
                New York, New York