```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEBRA HARRIS,

                       **Plaintiff,**

      -against-

J.C. PENNEY CORPORATION, INC.,

                       **Defendant.**

-----------------------------------------------------------------X

19-CV-11102 (LJL)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On May 22, 2020, Defendant filed a letter indicating that J.C. Penney Corporation, Inc. had filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York. ECF No. 25. Accordingly, this case is stayed pursuant to section 362(a) of the Bankruptcy Code. The parties shall file a joint letter within 60 days updating the Court on the status of the bankruptcy proceedings.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 25, 2020
                New York, New York