UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEBRA HARRIS,

                       Plaintiff,                    19-CV-11102 (SN)

        -against-                           **ORDER**

J.C. PENNEY CORPORATION, INC.,

                       Defendant.

-------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** Jan. 4, 2021

SARAH NETBURN, United States Magistrate Judge:

      On November 4, 2020, the Court issued an Order directing the parties to file a joint letter updating the Court as to the status of the bankruptcy proceedings by December 22, 2020. To date, no such letter has been filed. Accordingly, the parties are directed to comply with the Court's previous Order, and file a status letter no later than January 5, 2021.

SO ORDERED.

                                                      _____
                                                        SARAH NETBURN
                                                      United States Magistrate Judge

DATED:       January 4, 2021
                New York, New York