UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEBRA HARRIS,

                    Plaintiff,

-against-

J.C. PENNEY CORPORATION, INC.,

                    Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: April 19, 2021

19-CV-11102 (SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

      The parties are directed to file a status letter by April 22, 2021, and every 90 days thereafter until the resolution of the bankruptcy proceedings.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 19, 2021
              New York, New York