```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**DEBRA HARRIS,**

                              **Plaintiff,**                          **19-CV-11102 (LJL)(SN)**

      -against-                                                <u>**ORDER**</u>

**J.C. PENNEY CORPORATION, INC.,**

                              **Defendant.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

      On April 19, 2021, the Court ordered the parties to file a status letter by April 22, 2021, and every 90 days thereafter until the resolution of the bankruptcy proceedings. The parties have not filed a status letter since April 28, 2021. Accordingly, the parties are ordered to file a status letter by October 29, 2021.

**SO ORDERED**.

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     October 26, 2021
               New York, New York